UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO VALVES & CASTINGS, INC., )<br>)<br>)<br>Plaintiff,    )<br>)<br>v.                   )<br>)<br>B-K LIGHTING, INC.,        )<br>)<br>)<br>Defendant.   )<br>)<br>_____) | 1:06-CV-00985 OWW LJO<br><br><br><br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal submitted by the plaintiff and the defendant having not yet appeared;

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   September 1, 2006**             **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE

1